IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| WILLIAM WAGNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 3:12CV130 |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

## CONSENT PRIVACY ACT ORDER

Plaintiff has requested production of records held by the United States Postal Service. Counsel for Defendant has objected to the production of certain documents based on further concerns that the production is prohibited by the Privacy Act of 1974, 5 U.S.C. § 552a.

Defendant has filed a Motion for a Privacy Act Order which is consented to by the parties. It appears that the disclosure requested is in the interest of justice and subject to Protective Order entered simultaneously herewith.

IT IS, THEREFORE, ORDERED that

1. To the extent that Defendant objects to the production of documents on the ground that such production is prohibited by the Privacy Act of 1974, 5 U.S.C. § 552a, the objection is overruled and Defendant shall produce the requested documents and other information and material. The Court is authorized to enter the Order pursuant to 5 U.S.C. § 551a(b)(11).

2. This Order is without prejudice to any other objections that the Defendant may have to the discovery requests.

3. Nothing in this order shall be construed to limit the redaction of documents to be produced when counsel for Defendant deems such redaction necessary for Privacy Act material unrelated to this lawsuit.

Signed: June 12, 2013

Graham C. Mullen
United States District Judge