UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CV-130

| | |
|---|---|
| **WILLIAM WAGNER,** <br> **Plaintiff,** <br> <br> v. <br> <br> **UNITED STATES OF AMERICA,** <br> **Defendant.** | **O R D E R** |

THIS MATTER is before the Court on its own motion.

IT IS HEREBY ORDERED that the trial in this matter is **RE-SET** for the **March 24, 2014** trial term at 10:00 a.m. in Courtroom #3.

SO ORDERED.

Signed: November 21, 2013

Graham C. Mullen
United States District Judge