IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-130-GCM

| WILLIAM WAGNER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to directions from the chambers of the Honorable Graham C. Mullen, the undersigned has scheduled a Judicial Settlement Conference in the above case.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at **12:30 p.m. on Thursday, March 20, 2014**, in **Courtroom #3** of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court reserve Courtroom #3 and its attached conference room.

**SO ORDERED**.

Signed: March 14, 2014

David C. Keesler
United States Magistrate Judge