# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| William Wagner, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:12-cv-00130-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Bench Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 2, 2014 Order.

April 2, 2014

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court